UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Janssen Products, L.P., et al.
                               Plaintiff,

v.                                                   Case No.: 1:24–cv–07319
                                                              Honorable Sunil R. Harjani

EVER Valinject GmbH, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 27, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Memorandum Opinion and Order entered this day, Defendant EVER Valinject GmbH's motion to dismiss [84] is granted in part and denied in part, Defendants Shanghai Haoyuan Chemexpress, Ltd. and Medchemexpress LLC's motion to dismiss [86] is granted in part and denied in part, and Defendant Ruyuan's motion to dismiss [96] is granted in part and denied in part. For the reasons stated in the motion, Plaintiff's motion to seal [105] is granted. **The Clerk of the Court is directed to transfer the case against Defendant Medchemexpress LLC only to the United States District Court for the District of New Jersey pursuant to 28 U.S.C 1406(a).** Defendants (except Medchemexpress LLC) shall answer the remaining counts of the complaint and file a joint initial status report (consistent with this Court's standing order) by March 19, 2025. In addition, because of this Court's trial calendar for 2026, the Court strikes the previous trial date of October 5, 2026 resets the trial in this matter to begin on September 15, 2026, which is scheduled for a 5–day bench trial. Tracking status set for 3/26/2025 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.