# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANSSEN PRODUCTS, L.P., and PHARMA MAR, S.A. <br><br> Plaintiffs, <br><br> v. <br><br> EVER VALINJECT GMBH, NEXUS PHARMACEUTICALS, LLC, SHANGHAI HAOYUAN CHEMEXPRESS CO., LTD, and RUYUAN HEC PHARM CO., LTD., <br><br> Defendants. | Lead Case No. 1:24-cv-07319 <br><br> (Consolidated with Case No. 1:24-cv-09441) <br><br> Judge: The Hon. Sunil R. Harjani <br> Magistrate: The Hon. Laura K. McNally |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENTS

Plaintiffs Janssen Products, L.P. and Pharma Mar, S.A. (collectively "Plaintiffs") filed a Complaint against Defendants EVER Valinject GmbH, Nexus Pharmaceuticals, LLC, Shanghai Haoyuan Chemexpress Co., Ltd. and Ruyuan HEC Pharm Co., Ltd. (collectively, "Defendants") (Plaintiffs and Defendants, collectively, the "Parties") on August 15, 2024 (Dkt. 1), and a Consolidated Amended Complaint on November 21, 2024 (Dkt. 73). The Parties have resolved all claims arising from the allegations in the Consolidated Amended Complaint, and have agreed to entry of proposed Consent Judgments. The Parties now move this Court for entry of those Consent Judgments, copies of which have been submitted to Proposed_Order_Harjani@ilnd.uscourts.gov.

Dated: February 17, 2026

| | |
|---|---|
| */s/ Alyssa Caridis* | */s/ Kevin M. Nelson* |
| Alyssa Caridis | Kevin M. Nelson |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Imron T. Aly |
| 355 S. Grand Ave., Ste. 2700 | ARENTFOX SCHIFF LLP |
| Los Angeles, CA 90071 | 233 South Wacker Dr., |
| Tel: (213) 612-2372 | Chicago, IL 60606 |
| acaridis@orrick.com | Tel: (312) 258-5523 |
| | imron.aly@afslaw.com |
| | kevin.nelson@afslaw.com |

Irena Royzman
Christine Willgoos
Kaitlyn Rodnick
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 W. 52nd St.
New York, NY 10019
Tel: (202) 506-3518
iroyzman@orrick.com
cwillgoos@orrick.com
krodnick@orrick.com

Saukshmya Trichi
Michael J. Baldwin
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, D.C 20006
Telephone: 202-857-6000
saukshmya.trichi@afslaw.com
michael.baldwin@afslaw.com

*Attorneys for Defendants EVER Valinject GmbH and Nexus Pharmaceuticals, LLC*

Daniel Williams
Jonathan Liu
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Tel: (415) 773-5743
daniel.williams@orrick.com
jonathanliu@orrick.com

*/s/ Jennifer Lacroix*
Jennifer Lacroix
Rachel Zhou
AMUNDSEN DAVIS LLC
150 North Michigan Ave, Suite 3300
Chicago, Illinois 60601
Tel: (312) 894-3200
gzhao@amundsendavislaw.com
jlacroix@amundsendavislaw.com
rzhou@amundsendavislaw.com

Thomas A. James
ORRICK, HERRINGTON &
SUTCLIFFE LLP
353 N. Clark St., Ste. 3600
Chicago, IL 60654

Jack Shaw
Mark D. Siegmund

| | |
|---|---|
| Tel: (312) 924-9891<br>tim.carroll@orrick.com<br>tjames@orrick.com<br><br>*Attorneys for Plaintiffs Janssen Products, L.P. and Pharma Mar, S.A* | William D. Ellerman<br>Ari Rafilson<br>CHERRY JOHNSON SIEGMUND JAMES PC<br>8140 Walnut Hill Lane, Suite 105<br>Dallas, TX 75231<br>Tel.: (254) 732-2242<br>jshaw@cjsjlaw.com<br><br>*Attorneys for Defendants Ruyuan HEC Pharm Co., LTD., and Shanghai Haoyuan Chemexpress Co., Ltd.* |